PAYSON McL. MERRILL COMPANY, INC., Respondent, *v.* LOUIS WINTNER, Appellant.

*Commissions — action by real estate broker against purchaser to recover commissions upon sale of real property.*

*Merrill Co., Inc., v. Wintner,* 202 App. Div. 799, affirmed.

(Submitted December 15, 1922; decided January 16, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to

recover real estate broker's commissions upon the purchase price of certain real property, which it was alleged defendant, the purchaser, agreed to pay as an inducement to the vendor to accept a reduced price.

*Max Leff* and *David Drechsler* for appellant.
*Wilson B. Brice* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.